# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00252-JAD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| WILLIAM C. ETHERIDGE, | |
| Defendant. | |

IT IS HEREBY ORDERED that Kilby Macfadden, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Kilby Macfadden shall be removed from the CM/ECF service list in this case.

Dated:_____2-11-2019_____

_____
Cam Ferenbach
United States Magistrate Judge