**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00252-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 61 |
| WILLIAM ETHERIDGE | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, January 29, 2020 at 2:00 p.m., be vacated and continued to February 3, 2020, at 11:00 a.m.

DATED this 30th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE